384 A.2d 987

Commonwealth v. McAdory, Appellant.

■■■■ Argued November 15, 1977. Dennis V. Williams, for appellant; Shad Connelly, Assistant District Attorney, with him Robert H. Chase, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.